FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

FEB 9 2001
2001 FEB -9 AM 10: 02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIDROS LOPEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-1892** |
| **BURL CAIN, WARDEN** | **SECTION: "G"(2)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of Isidros Lopez for habeas corpus relief is hereby DENIED and DISMISSED with prejudice.

New Orleans, Louisiana, this 9th day of February, 2001.

_____
LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB - 9 2001

Fee ____
Process ____
X Dktd ____
__ CtRmDep ____
Doc.No. ____