IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JUL 1 7 2001
CHARLES R. FULBRUGE III
CLERK

--------------------

No. 01-30268
USDC No. 00-CV-1892-G

--------------------

ISIDROS LOPEZ,

Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

Respondent-Appellee.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUL 1 8 2001
LORETTA G. WHYTE
CLERK

------------------------

Appeal from the United States District Court
for the Eastern District of Louisiana

------------------------

O R D E R:

Isidros Lopez, pro se Louisiana state prisoner # 100881,
requests a certificate of appealability (COA) to appeal the
district court's dismissal of his 28 U.S.C. § 2254 application as
procedurally barred.  A COA may issue "only if the applicant has
made a substantial showing of the denial of a constitutional
right."  28 U.S.C. § 2253(c)(2).  This standard requires a
showing "that reasonable jurists would find the district court's
assessment of the constitutional claims debatable or wrong."
Slack v. McDaniel, 529 U.S. 473, 484 (2000).  When a district
court denies 28 U.S.C. § 2254 relief on procedural grounds
without reaching the merits of the 28 U.S.C. § 2254 application,



ORDER
No. 01-30268
- 2 -

this court should grant a COA only if the COA movant can show that jurists of reason would find it debatable whether the movant has stated a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court's procedural ruling was correct.  Slack, 529 U.S. at 484-85.

Lopez has failed to make the required showing with respect to the district court's procedural holding.  Accordingly, his motion for a COA is DENIED.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

7/17/01

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

July 17, 2001

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

RECEIVED
JUL 18 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

No. 01-30268 Lopez v. Cain
USDC No. 00-CV-1892-G

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned:

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Monica Washington, Deputy Clerk
504-589-6514 ITCM # 186

cc: w/encl:
     Mr Isidros Lopez
     Ms Juliet Lee Clark